# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,  Criminal. No. 11-87 (MJD/JJK)

    Plaintiff,  **SECOND AMENDED FINAL ORDER OF FORFEITURE**

v.

7. *ADETOKUNBO* OLUBUNMI ADEJUMO

    Defendant.

WHEREAS, on September 10, 2012, this Court granted the Plaintiff's motion for a Preliminary Order of Forfeiture forfeiting $1,417.25 in U.S. currency to the United States pursuant to 18 U.S.C. § 982(a)(2) and 21 U.S.C. § 853(p);

WHEREAS, the Plaintiff posted a Notice of Criminal Forfeiture for a least 30 consecutive days on an official government internet site (www.forfeiture.gov), beginning on October 4, 2012, providing notice of the government's intention to dispose of the above-described property in accordance with law, and of the right of third parties to petition the Court within 60 days of the first date of posting for a hearing to adjudicate the validity of their alleged legal interest in the above property; and

WHEREAS, no petitions have been filed with the Clerk of Court and the time for filing a petition has expired;

NOW, THEREFORE, IT IS HEREBY ORDERED that:

1.     the Motion of the United States for a Final Order of Forfeiture [Docket No. 829] is GRANTED;

2. all right, title and interest in the $1,417.25 in U.S. currency is hereby forfeited to and vested in the United States of America pursuant to 18 U.S.C. § 982(a)(2) and 21 U.S.C. § 853(p); and

3. the above property shall be disposed of by the United States in accordance with law.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: December 14, 2012

s/ Michael J. Davis
MICHAEL J. DAVIS, Chief Judge
United States District Court