# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,

    Plaintiff,

v.                      **ORDER**
                        Criminal File No. 11-87 (MJD/JJK)

(7) ADETOKUNBO OLUBUNMI ADEJUMO,

    Defendant.

Based upon the files, records, and proceedings herein**, IT IS HEREBY**

**ORDERED**:

1. The evidentiary hearing on Defendant Adetokunbo Olubunmi Adejumo's Motion under 28 U.S.C. § 2255 to Vacate, Set Aside or Correct Sentence [Docket No. 1064], previously scheduled for October 20, 2015, is cancelled.  The Court will schedule a new date for an evidentiary hearing, if appropriate, after briefing is completed on the § 2255 Motion.

2. The hearing regarding restitution is still scheduled to occur on October 20, 2015, at 10:30 a.m. in Courtroom 13E in the Minneapolis Federal Courthouse.

Dated:  October 7, 2015         s/ Michael J. Davis
                                       Michael J. Davis
                                       United States District Court